UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK                    **NOTICE OF REMOVAL**
                    Plaintiff,

        -against-

MICHAEL A DEEM,
                    Defendant.
----------------------------------------------------------------x

TO:    THE UNITED STATES DISTRICT COURT,
        SOUTHERN DISTRICT OF NEW YORK

      Michael Anthony Deem respectfully moves this Court as follows:

      1.      On January 27, 2022, Defendant was arrested by the Mount Pleasant Police

Department and charged with violation of Penal Law: 1) § 195.05, Obstruction of Governmental

Interference (A Misd.); 2) § 205.30, Resisting Arrest (A Misd.); 3) § 140.05, Trespass

(Violation); and 4) § 240.20(4), Disorderly Conduct – Disturbing Lawful Assembly (Violation).

Copies of the charging instruments are attached as Ex. A 001 to 004.

      2.      Defendant hereby removes the state action to this court current pursuant to 28

U.S.C. § 1443(1), which provides in relevant part,

> Any of the following civil or criminal prosecutions, commenced in a State
> court may be removed by the defendant to the district court of the United
> States for the district and division embracing the place wherein it is pending:
> (1) Against any person who is *denied or cannot enforce in the courts of such
> State* a right under any law providing for the equal civil rights of citizens of
> the United States, or of all persons within the jurisdiction thereof. (emphasis
> added)

      3.      Defendant may remove the referenced State civil action if he "can show that the

right upon which [he] rel[ies] is a right under a law providing for equal civil rights and that this

right will be denied or cannot be enforced in the courts of New York." *Carr v. Axelrod*, 798

F.Supp. 168, 172 (S.D.N.Y. 1992), *aff'd*, 996 F.2d 302 (2d Cir. 1993).

4.      As to the first prong, Defendant invokes his rights under 42 U.S.C. § 1981. *See, e.g., Georgia v. Rachel*, 384 U.S. 780, 792-93, 86 S.Ct. 1783, 16 L.Ed.2d 925 (1966); *People of the State of New York v. Galamison*, 342 F.2d 255, 271 (2d Cir.), *cert. denied*, 380 U.S. 977, 85 S.Ct. 1342, 14 L.Ed.2d 272 (1965).

> By its plain terms, the relevant provision in § 1981 protects two rights ….
>
> The second of these guarantees, "the same right . . . to . . . enforce contracts . . . as is enjoyed by white citizens," embraces protection of a legal process, and of a right of access to legal process, that will address and resolve contract-law claims without regard to race. In this respect, it prohibits discrimination that infects the legal process in ways that prevent one from enforcing contract rights, by reason of his or her race, and this is so whether this discrimination is attributed to a statute or simply to existing practices. It also covers wholly *private* efforts to impede access to the courts or obstruct nonjudicial methods of adjudicating disputes about the force of binding obligations, as well as discrimination by private entities, such as [secret societies, clubs or cabals], in enforcing the terms of a contract.

*Patterson v. McLean Credit Union*, 491 U.S. 164, 176-77, 109 S.Ct. 2363 (1989).

5.      As to the second prong, Defendant's right to make and enforce contracts, including the right to not contract or have one compelled upon him, will be denied or cannot be enforced in the courts of New York for two reasons.

6.      First, the Town of Mt. Pleasant and/or the New York State Unified Court System has adopted a written and/or verbal mandatory mask rule for all criminal defendants. Defendant was told said rule verbal as well as that said rule is written.

7.      On information and belief, said mandatory mask rule is race or ethnically based, discriminatory and denies defendants that do not capitulate to said rule, access to the court to enforce his social contract rights – specifically, his state and federal constitutional rights – as well as contract rights attendant with defending against facially defective criminal charges.

8.      In the American experience, compulsory face coverings are associated with systemic race/ethnically based slavery and/or indentured servitude.



9.      Said mandatory mask rule is also race or ethnically based for the reasons stated, *infra*.

10.     On information and belief, said mandatory mask rule has no basis in fact or science.

11.     Second, the U.S. Supreme Court has upheld New York's system of having political "party bosses" select New York State Supreme Court judges, pursuant to N.Y. Election Law, §§ 6-106, 6-124 and 6-158. *See, NYSBOE v. Lopez Torres*, 522 U.S. 196, 128 S.Ct. 791, 799, 169 L.Ed.2d 665 (2008).

12.     In *Lopez*, the issue of selecting judges based on race, creed, color or ethnicity, or loyalty to a specific race, creed, color or ethnicity, was not addressed.

13.     On information and belief, said political party bosses select judges based on their affiliation with or loyalty to secret societies, clubs or cabals, to include without limitation freemasonry and Knights of Pythias.

14.     On information and belief, the referenced secret societies, clubs or cabals worship Lucifer, and take oaths of loyalty to those that are allegedly related to him genetically (the 13 Bloodlines), to the detriment of all others, including Defendant.

15.     For example,

-   Exhibit B 001 to 012 consists of excerpts of the Manual of Freemasonry demonstrating that oaths are required by initiates.

-   Exhibit B 013 to 014 depicts the rotunda in the New York Court of Appeals Hall. On the floor is the masonic symbol of the compass and square.

-   Exhibit B 015 is a statement widely attributed to Albert Pike, a high-ranking freemason, that freemasonry worships and serves Lucifer.

-   Exhibit B 016 are depictions of hand signs used by freemasons to covertly communicate with each other.

-   Exhibit B 017 to 021 is a presentation detailing how freemasonry is involved in international child trafficking, and freemasonry's service to the alleged bloodlines of Lucifer.

-   Exhibit B 022 to 023 depicts Judith Kaye, then Chief Judge, New York State, exchanging a masonic handshake, and displaying masonic hand signs, and wearing pedophile symbols as earrings.

-   Exhibit B 024 to 028 depicts New York State court personnel exchanging a masonic handshake in front of Jonathan Lippman, then Chief Judge, New York State, Chief Judge Lippman displaying masonic hand signs, and the official portrait of Jonathan Lippman, standing in front of the fireplace in the courtroom of the New York Court of Appeals. The fireplace depicts two tortured faces. The fireplace also depicts other figures all of which are consistent with satanic ritual abuse.

4

- Exhibit B 029 to 030 is a copy of the curriculum vitae of Lewis Lubell, New York State Supreme Court, Supervising Judge, Westchester County, Matrimonial Part, in which Judge Lubell admits he is a member of the Knights of Pythias, a secret society.

- Exhibit B 031 to 036 are various references to the goals of the New World Order which secret societies, clubs and cabals are working to achieve, to the detriment of humanity.

16.    On information and belief, the presiding judge in the state court criminal matter was selected because of his affiliation with a secret society, cub or cabal.

17.    All other cases interpreting 28 U.S.C. § 1443(1) are factually distinguishable as they afford state judges a presumption of regularity. Here, Defendant specifically challenges that presumption.

18.    All New York judges are obligated to "be bound by Oath or Affirmation, to support [the U.S.] Constitution." U.S. Const., Art. VI, cl. 3.

19.    On information and belief, judges selected by the political "party bosses" take secret oaths that conflict with their constitutional obligations to "be bound by Oath or Affirmation, to support th[e federal] Constitution."

20.    "The right of citizens to inquire, to hear, to speak, and to use information to reach consensus is a precondition to enlightened self-government and a necessary means to protect it. *Citizens United v. Federal Election Comm'n*, 558 U.S. 310, 339 (2010). "The First Amendment has its fullest and most urgent application to speech uttered during a campaign for political office [or when demanding an oath or affirmation of undivided loyalty from a governmental official bound by oath or affirmation to support the U.S. Constitution." *Id*.

21. Defendant requests the opportunity to prove his allegations, including the

opportunity to serve a "Demand for Oath or Affirmation of Undivided Loyalty" on each State

judge that will or may hear Plaintiff's allegations.

WHEREFORE, Defendant Michael Anthony Deem prays that this action be removed to

the United States District Court for the Southern District of New York.

Dated:    Yonkers, New York
          February 14, 2022


                                        Michael Anthony Deem, *Pro Se*
                                        c/o 26 Keystone Road
                                        Yonkers, NY 10710
                                        deem1779@gmail.com

| D.D. Number: | | MISDEMEANOR INFORMATION | | | | |
|---|---|---|---|---|---|---|
| Case Report No: | CA-00047-22 | | Police Serial No: | C5861 | Blotter/CC No: | BL-02964-22 |
| Appearance Ticket: | | | | | Return Date: | |
| Arrest Number: | AR-00008-22 | | | | Court Docket No: | |
| Defendant in Custody from: | 01/27/2022 | 10:15 | to | 01/27/2022 | | |

### MOUNT PLEASANT JUSTICE COURT

1 TOWN HALL PLAZA , VALHALLA, NY 10595

### THE PEOPLE OF THE STATE OF NEW YORK
against

MICHAEL A DEEM (56)

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

**OFFENSE**

OBSTRUCT
GOVERNMENTL
ADMIN-2ND

CLASS A
MISDEMEANOR

COUNT(S): 1

PO DAVID S COOPER, Shield 128, being duly sworn, deposes and says that he/she is a member of the MOUNT PLEASANT POLICE, County of WESTCHESTER, State of NEW YORK and that on 01/27/2022 at about 1007 at 1 TOWN HALL PLZ, VALHALLA in the County of WESTCHESTER, State of NEW YORK.

### MICHAEL A DEEM

The Defendant did violate Section 195.05 of the Penal Law of the State of New York, in that at the time and place aforesaid, the said defendant did; § PL 195.05 Obstructing governmental administration in the second degree. A person is guilty of obstructing governmental administration when he intentionally obstructs, impairs or perverts the administration of law or other governmental function or prevents or attempts to prevent a public servant from performing an official function, by means of intimidation, physical force or interference, or by means of any independently unlawful act, or by means of interfering, whether or not physical force is involved, with radio, telephone, television or other telecommunications systems owned or operated by the state, or a county, city, town, village, fire district or emergency medical service or by means of releasing a dangerous animal under circumstances evincing the actor's intent that the animal obstruct governmental administration.

TO WIT: The defendant at the above date, time and place, did refuse to put on a facial covering in a public court as per the judge's orders. Following his refusal to put on a face covering, the defendant was ordered by officers to put on a face covering or to leave the court room due to violating Mount Pleasant court signage and court rules which require the use of a facial covering. Defendant did not comply to a wearing a face covering or the lawful order to leave the courtroom by officers. The defendant stated "if the judge ordered me, could I shoot officers" and pointed at several persons in the court room, stating "should I shoot them as well?", causing alarm in the public court. The defendant had to be physically removed from the court room therefore disturbing a lawful assembly and also caused annoyance in a public court. Defendant did intentionally obstruct, impair and prevent the Mount Pleasant Police officers from performing an official function, effecting an arrest, by means of physical interference as he passively resisted officers and then physically fought with officers when being removed from a public court for a violation of public health law.

This complaint is based on PERSONAL KNOWLEDGE, the source being DIRECT KNOWLEDGE AND POLICE INVESTIGATION

**PREPARED BY**

PO DAVID S
COOPER #128

Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law. Subscribed and sworn to before me this
27th day of January, 2022

_Sgt ____ #226_
SGT NICHOLAS J MANN #226

_po ____ #128_
PO DAVID S COOPER #128

**Ex. A 001**

| | |
|---|---|
| D.D. Number: | **MISDEMEANOR INFORMATION** |
| Case Report No: **CA-00047-22** | Police Serial No: **C5861** |
| Appearance Ticket: | |
| Arrest Number: **AR-00008-22** | |
| Defendant in Custody from: **01/27/2022**   **10:15**   to   **01/27/2022** | |

Blotter/CC No: **BL-02964-22**
Return Date:
Court Docket No:

## MOUNT PLEASANT JUSTICE COURT

1 TOWN HALL PLAZA , VALHALLA, NY 10595

### THE PEOPLE OF THE STATE OF NEW YORK
against

MICHAEL A DEEM (56)

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

**OFFENSE**

RESISTING
ARREST

CLASS A
MISDEMEANOR

COUNT(S): 1

PO DAVID S COOPER, Shield 128, being duly sworn, deposes and says that he/she is a member of the MOUNT PLEASANT POLICE, County of WESTCHESTER, State of NEW YORK and that on 01/27/2022 at about 1015 at 1 TOWN HALL PLZ, VALHALLA in the County of WESTCHESTER, State of NEW YORK.

### MICHAEL A DEEM

The Defendant did violate Section 205.30 of the Penal Law of the State of New York, in that at the time and place aforesaid, the said defendant did; § PL 205.30 Resisting arrest. A person is guilty of resisting arrest when he intentionally prevents or attempts to prevent a police officer or peace officer from effecting an authorized arrest of himself or another person.

TO WIT: The defendant at the above date, time and place, did refuse to put on a facial covering in a public court as per the judge's orders. Following his refusal to put on a face covering, the defendant was ordered by officers to put on a face covering or to leave the court room due to violating Mount Pleasant court signage and court rules which require the use of a facial covering. Defendant did not comply to a wearing a face covering or the lawful order to leave the courtroom by officers. The defendant stated "if the judge ordered me, could I shoot officers" and pointed at several persons in the court room, stating "should I shoot them as well?", causing alarm in the public court. The defendant had to be physically removed from the court room therefore disturbing a lawful assembly and also caused annoyance in a public court. The defendant, after being told repeatedly that he was under arrest, attempt to prevent PO Cooper from effecting an authorized arrest of himself. After the defendant refused repeated commands to leave the court room and to stop resisting, the defendant then began flailing and stiffening his arms in an attempt to prevent himself from being handcuffed.

This complaint is based on PERSONAL KNOWLEDGE, the source being DIRECT KNOWLEDGE AND POLICE INVESTIGATION

**PREPARED BY**

PO DAVID S
COOPER #128

Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.
Subscribed and sworn to before me this
27th day of January, 2022

_Sgt. N. Mann_ #226
SGT NICHOLAS J MANN #226

_PO _____ #128_
PO DAVID S COOPER #128

**Ex. A 002**

| D.D. Number: | **VIOLATION INFORMATION** | |
|---|---|---|
| Case Report No: **CA-00047-22** | Police Serial No: **C5861** | Blotter/CC No: **BL-02964-22** |
| Appearance Ticket: | | Return Date: |
| Arrest Number: **AR-00008-22** | | Court Docket No: |
| Defendant in Custody from: **01/27/2022    10:15** | to    **01/27/2022** | |

## MOUNT PLEASANT JUSTICE COURT

1 TOWN HALL PLAZA , VALHALLA, NY 10595

### THE PEOPLE OF THE STATE OF NEW YORK
#### against

MICHAEL A DEEM (56)

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

**OFFENSE**
TRESPASS

PO DAVID S COOPER, Shield 128, being duly sworn, deposes and says that he/she is a member of the MOUNT PLEASANT POLICE, County of WESTCHESTER, State of NEW YORK and that on 01/27/2022 at about 1007 at 1 TOWN HALL PLZ, VALHALLA in the County of WESTCHESTER, State of NEW YORK.

**CLASS**
VIOLATION

#### MICHAEL A DEEM

COUNT(S): 1

The Defendant did violate Section 140.05 of the Penal Law of the State of New York, in that at the time and place aforesaid, the said defendant did; § PL 140.05 Trespass. A person is guilty of trespass when he knowingly enters or remains unlawfully in or upon premises.

TO WIT: The defendant at the above date, time and place, did refuse to put on a facial covering in a public court as per the judge's orders. Following his refusal to put on a face covering, the defendant was ordered by officers to put on a face covering or to leave the court room due to violating Mount Pleasant court signage and court rules which require the use of a facial covering. Defendant did not comply to wearing a face covering or the lawful order to leave the courtroom by officers and remained unlawfully. The defendant was again told to leave the court room building by officers and had to be forcibly removed from the premises.

This complaint is based on PERSONAL KNOWLEDGE, the source being DIRECT KNOWLEDGE AND POLICE INVESTIGATION

**PREPARED BY**
PO DAVID S
COOPER #128

**Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.**
Subscribed and sworn to before me this
27th day of January, 2022

_[signature]_ #226
SGT NICHOLAS J MANN #226

_[signature]_ #128
PO DAVID S COOPER #128

**Ex. A 003**

**VIOLATION INFORMATION**

D.D. Number: _____

Case Report No: **CA-00047-22**   Police Serial No: **C5861**   Blotter/CC No: **BL-02964-22**

Appearance Ticket: _____   Return Date: _____

Arrest Number: **AR-00008-22**   Court Docket No: _____

Defendant in Custody from: **01/27/2022**   **10:15**   to   **01/27/2022**

## MOUNT PLEASANT JUSTICE COURT

1 TOWN HALL PLAZA , VALHALLA, NY 10595

**THE PEOPLE OF THE STATE OF NEW YORK**
against

MICHAEL A DEEM (56)

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

**OFFENSE**

DIS/CON:DISTUR B LAWFUL ASSEM

PO DAVID S COOPER, Shield 128, being duly sworn, deposes and says that he/she is a member of the MOUNT PLEASANT POLICE, County of WESTCHESTER, State of NEW YORK and that on 01/27/2022 at about 1007 at 1 TOWN HALL PLZ, VALHALLA in the County of WESTCHESTER, State of NEW YORK.

**CLASS**

VIOLATION

**MICHAEL A DEEM**

**COUNT(S): 1**

The Defendant did violate Section 240.20 of the Penal Law of the State of New York, in that at the time and place aforesaid, the said defendant did; § PL 240.20 Subdivision 4 - Disorderly conduct. A person is guilty of disorderly conduct when, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof without lawful authority, he disturbs any lawful assembly or meeting of persons.

TO WIT: The defendant at the above date, time and place, did refuse to put on a facial covering in a public court as per the judge's orders. Following his refusal to put on a face covering, the defendant was ordered by officers to put on a face covering or to leave the court room due to violating Mount Pleasant court signage and court rules which require the use of a facial covering. Defendant did not comply to a wearing a face covering or the lawful order to leave the courtroom by officers. The defendant stated "if the judge ordered me, could I shoot officers" and pointed at several persons in the court room, stating "should I shoot them as well?", causing alarm in the public court. The defendant had to be physically removed from the court room therefore disturbing a lawful assembly and also caused annoyance in a public court.

This complaint is based on PERSONAL KNOWLEDGE, the source being DIRECT KNOWLEDGE AND POLICE INVESTIGATION

**PREPARED BY**
PO DAVID S COOPER #128

Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.
Subscribed and sworn to before me this
27th day of January, 2022

_Sgt M M_ #226
SGT NICHOLAS J MANN #226

_PO_ _____ #128
PO DAVID S COOPER #128

**Ex. A 004**

# MANUAL OF FREEMASONRY

BY

## RICHARD CARLILE

Br. N.  I am.

W. M.   Then you will kneel on your right knee, your left foot in the form of a square, your body erect, place your right hand on the sacred volume of the law supporting your left arm with the compasses, the whole forming a square, and say, after nle.

I, N. N., in the presence of the Grand Geometrician of the Universe, and in this worshipful and warranted Lodge of Fellow-Craft Masons, duly constituted, regularIy assembled, and properly dedicated, of my own free will and accord, do hereby and hereon most solemnly promise and swear that I will always hele, conceal and never reveal any or either of the secrets or mysteries of, or belonging to, the second degree of Freemasonry, known by the name of the Dellow-Crafts ; to him who is but an Entered Apprentice, no more than I would either of them to the uninitiated or the popular world who are not Masons.   I further solemnly pledge myself to act as a true and faithful craftsman, obey signs, and maintain the principles inculcated in the first degree.  All these points I most solemnly swear to obey, without evasion, equivocation, or mental reservation of any kind, under no less a penalty, on the violation of any of them, in addition to my former obliga- tion, than to have my left breast cut open, my heart torn there- from, and given to the ravenous birds of the air, or the devour- ing beasts of the field, as a prey : So help me Almighty God, and keep me stedfast in this my great and solemn obligation of a Fellow-Craft Mason.

W. M.   As a pledge of your fidelity, and to render this a solemn obligation, which would otherwise be but a serious promise, I wIll thank you to seal it with your lips twice on the volume of the sacred law.   Your progress in masonry is marked by the positions of the square and compasses. When you were made an Entered Apprentice, both points were hidden.   In this degree one is disclosed, implying that you are now in the middle of Freemasonry ; superior to an Entered Apprentice, but inferior to what I trust will hereafter be communicated to you.   Rise, newly obligated Fellow-Craft Freemason.   You, having taken the solemn obligation of a Fellow-Craft Freemason, I shall proceed to intrust you with the secrets of the degree.   You will advance towards me as at your initiation.   Now take another pace with your left foot,

Case 1:22-cv-01250-UA   Document 1   Filed 02/13/22   Page 13 of 46

before them, to show that he is properly prepared to be raised to the Third Degree.   (*He is then, conducted three time round the lodge by the Deacons.   At the first time he shows the sign of the first degree to the W. M.: then the first sign with the grip to the J. W.   At the second round, he shows the second sign to the W. M. and J. W., and communicates both sign and grip to the S. W.   At tlte third round, he shows the second sign to the W. M. and J. W., and shows the sign and communicates the Master's pass.grip and pass-word to the S. W., by whom he is presented to the Master.*)

S. W.   Worshipful Master, I present to you. Brother N——, a candidate properly prepared to be raised to the sublime Degree of a Master Mason.

W. M.   Brother Senior Warden, you will direct the Deacons to instruct the candidate to advance to the pedestal in due form.

S. W.   Brother Deacons, it is the Worshipful Master's command that you instruct the candidate to advance to the East in due form.

W. M.   It is but fair to inform you, that a most serious trial of your fortitude and fidelity, as well as a most solemn obligation, await you ; are you prepared to meet them as you ought ?

Br. N.  I am.

W. M.   Then you will kneel on both knees, place both hands on the volume of the sacred law, repeat your name at length, and say after me:——

I, N—— N——, in the presence of the Most High, and of this worthy and worshipful lodge, duly constituted, regularly assembled, and properly dedicated, of my own free will and accord, do hereby, and hereon, most solemnly promise and swear, that I will always hele, conceal, and never reveal, any or either of the secrets or mysteries of, or belonging to, the Degree of a Master Mason, to anyone in the world, unless it be to him or them to whom the same may justly and lawfully belong ; and not even to him or them, until after due trials, strict examination, or full conviction, that he or they are worthy of that confidence, or in the bosom of a Master Mason's Lodge.  I further, most solemnly engage, that I will keep the secrets of the Third Degree from him who is but a Fellow-Craft Mason, with the same strict caution as I will those of the Second Degree

from him who is but an Entered Apprentice Free Mason : the same, or either of them, from anyone in the known world, unless to true and lawful Brother Masons. I further solemnly engage myself, to advance to the pedestal of the square and compasses, to answer and obey all lawful signs and summonses sent to me from a Master Mason's Lodge, if within the length of my cable-tow, and to plead no excuse except sickness, or the pressing emergency of my own private or public avocations. I furthermore solemnly pledge myself, to maintain and support the five points of fellowship, in act as well in word ; that my hand given to a Mason shall be the sure pledge of brotherhood ; that my foot shall traverse through danger and difficulties, to unite with his in forming a column of mutual defence and safety ; that the posture of my daily supplications shall remind me of his wants, and dispose my heart to succour his distresses, and relieve his necessities, as far as may fairly be done without detriment to myself or connexions ; that my breast shall be the sacred repository of his secrets, when delivered to me as such ; murder, treason, felony, and all other offences contrary to the law of God, or the ordinances of the realm, being at all times most especially excepted, or at my own option : and finally, that I will support a Master Mason's character in his absence as well as I would if he were present. I will not revile him myself, nor knowingly suffer others to do so ; but will boldly repel the slanderer of his good name, and strictly respect the chastity of those who are most dear to him, in the persons of his wife, sister, or his child : and that I will not knowingly have unlawful carnal connexion with either of them. I furthermore solemnly vow and declare, that I will not defraud a Brother Master Mason, or see him defrauded of the most trifling amount, without giving him due and timely notice thereof ; that I will also prefer a Brother Master Mason in all my dealings, and recommend him to others as much as lies in my power, so long as he shall continue to act honourably, honestly, and faithfully towards me and others. All these several points I promise to observe, without equivocation or mental reservation of any kind, under no less a penalty, on the violation of any of them, than to have my body severed in two, my bowels torn thereout, and burnt to ashes in the centre, and those ashes scattered before the four cardinal points of heaven, so that no trace or remembrance of me shall be left among men,

more particularly among Master Masons : So help me, God, and keep me stedfast in this grand and solemn obligation, being that of a Master Mason.

W. M.   As a pledge of your fidelity, and to render this binding as a solemn obligation for as long as you shall live, I will thank you to seal it with your lips three times on the volume of the sacred law.   (*This is done.*)   Let me once more call your attention to the position of the square and compasses. When you were made an Entered Apprentice, both points of the compasses were hidden.   In the Second Degree, one was disclosed.   In this Degree, the whole is exhibited, implying, that you are now at liberty to work with both these points, in order to render the circle of your Masonic duties complete. Rise, newly-obligated Master Mason.

Brother N——, you having now solemnly entered into an obligation of a Master Mason, are entitled to demand of me that last and greatest trial by which alone you can be admitted to a participation of the secrets restricted to the Third Degree of Masonry.   But it is my duty, previously, to call your attention to a retrospect of those Degrees in Masonry through which you have already passed, whereby you will be enabled to distinguish and appreciate the connexion of our whole system, and the relative dependence of its several branches. Your admission among Masons, in a state of helpless indigence, was an emblematic representation of the entrance of all men upon this their mortal existence.  It inculcated the striking lesson of natural equality and mutual dependence.  It taught you, in the active principles of universal beneficence and charity, to seek the solace of your own distress, and to extend relief and consolation to your own fellow creatures in the hour of affliction. It enabled you to free the soul from the dominion of pride and prejudice, and to look beyond the narrow limits of particular institutions, whether civil or religious, and to view in every son of Adam a brother of the dust.   Above all, it taught you to bend with humility and resignation to the Great Architect of the Universe, to dedicate your heart, thus purified from every malignant passion, and to prepare for the reception of truth and wisdom, to his glory and the good of your fellow creatures. Proceeding onwards, and still guided in your progress in the principles of moral truth, yon were passed into the Second Degree of Masonry, wherein you were enabled to contemplate the

# MANUAL OF FREEMASONRY.

## PART II.

═══════

### CEREMONY OF INITIATION AND INSTALLATION FOR THE CHAIR,

IN THE

### PAST MASTER'S DEGREE.

─────

BEFORE proceeding to an exaltation in the Royal Arch, the candidate must have been initiated in the degree called *Past Master*, which is also necessary as a qualification for the chair in Craft Masonry.

The candidate is proposed or balloted for as in the Master's Degree. The officers are the same, and the lodge is opened and closed in nearly the same manner. When the candidate is proposed for the chair, he is first obligated by kneeling on both knees, laying both hands on the Bible covered by the square and compasses, and takes the following oath :—

"I, A. B., of my own free will and accord, in the presence of Almighty God, and this Worshipful Lodge of Past Master Masons, do hereby and hereon most solemnly and sincerely promise and swear, that I will not divulge the secrets of a Past Master Mason, or any of the secrets pertaining thereto, to any one of an inferior degree, nor to any being in the known world, except it be to a true and lawful brother or brethren, or within the body of a just and lawfully constituted Lodge of Past Master Masons, and not unto him or unto them, whom I shall hear so to be ; but unto him and them only, whom I shall find

so to be, after strict trial, examination, or lawful information, under no less a penalty, in addition to all former obligations, of having my hands lopped off at the wrist : so help me God, and keep me stedfast to this my lawful obligation as a Past Master Mason."—(*The Bible to be kissed four times*.)

The candidate is raised from his knees, with the grip of a Past Master, and is entrusted with the grip, word, and sign. The grip is to grasp the brother with the Master's grip, and then extend the grip above the elbow with both hands.  The word is Giblum, with some Chibbelum.  The first sign is to place the thumb of the right hand perpendicular on the lips, with the fingers clenched.  In some lodges there is a second sign, which is to extend the right arm at length, in a right line with the thumb and finger appearing to hold the plumb-line.  The obligated candidate is then placed in the chair, and the brethren salute the new Worshipful Master with the proper sign, and the late Worshipful Master presents him with the various implements of the order, thus addressing him :—

Worshipful Master, I now present you with the following implements or our profession, which are emblematical of our conduct in life.

*First*.—The *Holy Writings*, those records of Masonic Light, will guide you to all truth ; you may learn from them how to form your own body into a temple of happiness, learning to practise the whole duty of man.

*Second*.—The *Square*, as a figure, teaches the regulation of our actions by rule and line, and how we should harmonize our conduct by the prescriptions of virtue.

*Third*.—The *Compasses*, as a figure, teaches us to limit our desires in every station ; thus rising to eminence by merit, we live respected and die regretted.

*Fourth*.—The *Rule or Gauge* directs that we should carefully measure our duties, press forward in the path of morality, and not swerve from the dictates of conscience.

*Fifth*.—The *Line* teaches the criteria of moral rectitude, that we should avoid dissimulation in conversation and action, and seek the path that leads to immortality.

*Sixth*.—I present you with the *Gavel*, an instrument with which I presume you are already too well acquainted to need much illustration.

layeth up sound wisdom for the righteous : he is a buckler to them that walk uprightly.  He keepeth the paths of judgment, and preserveth the way of his saints.  Then shalt thou understand righteousness, and judgment, and equity ; yea, every good path.  When wisdom entereth into thine heart, and knowledge is pleasant unto thy soul, discretion shall preserve thee, understanding shall keep thee ; to deliver thee from the way of the evil man, from the man that speaketh froward things ; who leave the path of uprightness, to walk in the ways of darkness ; who rejoice to do evil, and delight in the frowardness of the wicked ; whose ways are crooked, and they froward in their paths : to deliver thee from the strange woman, even from the stranger which flattereth with her words ; which forsaketh the guide of her youth, and forgetteth the covenant of her God.  For her house inclineth unto death, and her paths unto the dead.  None that go unto her return again, neither take they hold of the paths of life.  That thou mayest walk in the way of good men, and keep the paths of the righteous.  For the upright shall dwell in the land and the perfect shall remain in it.  But the wicked shall be cut off from the earth, and the transgressors shall be rooted out of it."

### OBLIGATION.

Zerubbabel then administers the obligation.

"I, A. B., of my own free will and accord, in the presence of the Grand Architect of the Universe, and this Chapter of Royal Arch Masons, do hereby and hereon most solemnly and sincerely promise and swear, in addition to my former obligations, that I will not reveal the secrets of this degree to any of an inferior degree, or to anyone except he be a true and lawful Companion Royal Arch Mason, or within the body of a just and legally constituted chapter, under the penalty of having the crown of my skull struck off, in addition to all my former penalties.  So help me God, and keep me firm in this my obligation of a Royal Arch Companion."  (*Kisses the Bible five times.*)

Z.  In whom do you put your trust ?

Br. N.  In Jehovah.

Zerubbabel makes the following exhortation :—In the name of that Omnipotent Being, arise, and may the remembrance of

C.  I have.

2nd C.  Have you received Christian Baptism ?

C.  I have.

2nd C.  Do you believe in God the Father, God the Son, and God the Holy Ghost ?

C.  I do.

2nd C.  Do you believe that God the Son became man to save us ?

C.  I do.

2nd C.  Are you willing to protect the Christian Faith at the expense of your life ?

C.  I am.

(*This examination is repeated by the F. C. and G. C.*)   The candidate is ordered to kneel on both knees for the benefit of a prayer, and the Grand Prelate prays thus :—O Emmanuel, our great heavenly captain, look down, we beseech thee, on this encampment of thy devoted servants, and impart thy holy Spirit to the candidate now before us, that he may become a good and faithful soldier in thy service, and be worthy of thy acceptance and salvation.

P. G. M.  So mote it be.

G. C.  As we must have a further trial of your faith, you must perambulate the encampment seven times, in order to prepare yourself, by meditation, to take a solemn obligation. (*This is done*.)

G. C.  You must now kneel on both knees, take the Gospels in your hand, and receive the obligation from our Grand Prelate.

G. P.  Pilgrim, you are kneeling at the altar for the purpose of taking a solemn obligation, appertaining to the degree of a Knight Templar.  If you are willing to proceed, repeat your Christian and surname, and say after me :—

## OBLIGATION.

I, A. B., in the name of the Blessed Trinity, and in commemoration of St. John of Jerusalem, that first faithful soldier and martyr of Jesus Christ, do most solemnly promise and swear that I will never illegally reveal the secrets of a Knight Templar to a Royal Arch Mason, nor to any person beneath the dignity of this noble order, nor aid in the Installation of a

Knight Templar, unless five are present, under the penalty of all my former obligations.

(*The pilgrim's staff and cross are taken away, and a sword placed in his hand by the Grand Commander, who says*)—In the name of the Father, Son, and Holy Ghost, I arm you with this sword, which you will employ in the defence of the Gospel of our Lord and Saviour Jesus Christ, against all opposers.

I do furthermore swear, that with this, the sword of my faith, I will guard and defend the sepulchre of our Lord Jesus Christ, against all Jews, Turks, infidels, heathens, or other opposers of the Gospel.

I do furthermore swear, that I will never knowingly draw the blood of a brother Knight Templar, nor cause it to be drawn in wrath ; but will espouse his cause, knowing it to be just, though I should endanger my own life.  Even when princes are engaged in war, I will not forget the duty which I owe to him as a brother.  If ever I wilfully violate this my solemn compact, as a brother Knight Templar, may my skull be sawn asunder with a rough saw, my brains taken out and put in a charger to be consumed by the scorching sun, and my skull in another charger, in commemoration of St. John of Jerusalem, that first faithful soldier and martyr of our Lord and Saviour.  If ever I wilfully deviate from this my solemn obligation, may my light be put out from among men, as that of Judas Iscariot was for betraying his Lord and Master.

(*Here the sword is taken from the candidate, and a skull placed in his hand.*)

Furthermore, may the soul that once inhabited this skull, as the representative of John the Baptist, appear against me in the day of judgment, so help me God, our Lord Jesus Christ, and keep me steadfast in this my solemn obligation of a Knight Templar, and of St. John of Jerusalem.

(*The Grand Prelate then directs the candidate to kiss the Gospels seven times, to rise, to deposit the skull on the triangular table, resume the staff, and thus addresses him:—*).

Pilgrim, thou hast craved admission to pass through our solemn ceremonies, and enter the asylum of our encampment ; by the sandals, staff, and scrip I judge thee to be a child of humility : charity and hospitality are the grand characteristics of this most Christian order.  In the character of Knights

Templar, we are bound to give alms to the poor and weary pilgrims travelling from afar, to succour the needy, feed the hungry, clothe the naked, and bind up the wounds of the afflicted.

As you are desirous of enlisting in this noble and glorious warfare, lay aside the staff and take up the sword, fighting manfully thy way, and with valour running thy course : and may the Almighty, who is a strong tower and defence to all those who put their trust in him, be thy support and thy salvation.

I now place in your hand a lighted taper, and admonish you to perambulate the encampment five times in solemn meditation ; and if you have any prejudice or enmity with any Christian man, as a qualification for further honours, it is necessary you should forgive, otherwise fly to the desert ; and rather than appear unworthily among us, shun the knights of this order.

(*At the end of this perambulation, the candidate stops before a cross, when his wallet or burthen is made to fall from his back. He is then divested of the pilgrim's dress, conducted to the Grand Commander, and required to kneel. The Grand Commander lays his sword on the candidate's right and left shoulder and on the head, and says*—I hereby install you a Masonic Knight Hospitaller of St. John of Jerusalem, Palestine, Rhodes, and Malta, and also a Knight Templar. *The Grand Commander then takes the candidate by the hand, and says*—Rise, Sir Knight A. B.; receive a hearty welcome into the Christian Order, which will be ever ready to defend and protect you.)

G. C. I now invest you with the paraphernalia of the order. First, I clothe you with a mantle. Receive it as the Lord's yoke ; for it is easy and light, and will bring rest to your soul. As a habit, it is of little worth, and we promise you nothing but bread and water.

Secondly, I invest you with apron, sash, and jewel. The emblems within the triangle, the star on the sash and the Maltese cross jewel, you will have explained in the lecture.

Lastly, I present you with a shield and sword, which, in the hand of a valiant and Christian Knight, is endowed with three most excellent qualities. Its hilt with *justice* ; its *blade* with *fortitude* ; its point with *mercy* ; which gives this important lesson, that having faith in the justice of our cause we must

press forward with undaunted fortitude, ever remembering to extend the point of mercy to a fallen foe.

I shall now make you acquainted with the signs, words, and tokens, and our Grand Herald will then proclaim your installation.

First, the Mediterranean pass-word and sign. The hailing word is *A-montra*. The pass-word is *Mahershalalhashbaz*. The sign is to seize a man by the thigh, as if in the act of throwing him overboard.

The Knights Templar signs and words are, first the penal sign, which is to draw the fore-finger or the thumb across the forehead, indicative of the penalty of having the skull sawn asunder. The grand sign is to represent Jesus Christ on the cross, arms extended, head drooping on the right shoulder, right foot laid over the left. The word is *Emanuel*. The grand word of all is *Adonai*. *Necum* is also used by some Knights Templar, particularly on the continent.

The token or grip, is to grasp each other's arms across above the elbow, to represent the double triangle.

The motto of a Knight Templar is, *In hoc signo vinces*.

Our worthy companion, the Grand Herald, will now proclaim your installation.

G. H. In the name of the Holy Trinity, and by order of the Grand Commander : hear ye, Sir Knights, that I proclaim Sir Knight A. B. to be duly installed Knight Hospitaller of St. John of Jerusalem, Palestine, Rhodes, and Malta, and a Knight Templar. (*To be thrice proclaimed.*)

In some encampments, the following is a concluding part of the ceremony :—

One of the equerries, dressed as a cook, with a white night cap and apron, and a large kitchen knife in his hand, suddenly makes his entrance, and kneeling on one knee before the new Sir Knight, says : Sir Knight, I admonish you to be just, honourable, and faithful to the Order, and not to disgrace yourself, or I, the cook, will hack your spurs from off your heels with my kitchen knife. He then retires.

At the conclusion of the ceremony of installation, it is usual for bread or biscuit to be handed round to the Sir Knight. A cup of wine is presented to the Grand Commander, called the cup of brotherly love. He drinks, and desires the Sir Knights to pledge him in that cup of brotherly love, in commemoration

Appeals approved the new design by resolution adopted March 3, 1914.   The contract for the renovation was executed on August 3, 1915 and the building, renamed Court of Appeals Hall, was formally dedicated on January 8, 1917.

Research reveals that the walls of the Courthouse rotunda were covered in a dark yellow faux caen stone, and its first floor was mosaic tile. The Judges' Library and Conference Room and their individual Chambers were painted in cream-colored shades and lit by pendant acorn-drop globes. All books previously housed in the Court of Appeals' Capitol Library were transferred to the Courthouse Library.

The hand-carved oak paneling of the Richardson Courtroom was also moved, piece by piece, from the Capitol to its new home in Court of Appeals Hall, as was the massive marble, onyx and bronze fireplace.  Oil paintings of former Judges, in sculpted oak frames, now graced all



*Courthouse Rotunda, 1917*
*First floor mosaic tile*

four walls of the Courtroom.  The original Courtroom furniture, designed by Richardson and built by artisans in a basement furniture shop at the Capitol in 1883, was displayed on a new Brussels-weave carpet bearing geometrical and floral details in hues of beige, brown, cream and blue-green.

Governor Charles S. Whitman observed at the ceremony dedicating Court of Appeals Hall:

*From now on and judging from the splendid character of the building itself, we trust for centuries it is to be devoted to a purpose, the noblest purpose to which a building or a life can be devoted, the administration of justice.*



Ex. B 013

*Marble, onyx and bronze fireplace, moved from the Capitol*





**Ex. B 014**

"That which we must say to the *CROWD* is: we worship a god, but it is the god that one adores without superstition. To *YOU* Sovereign Grand Inspectors General, we say this, that you may repeat it to the brethren of the 32nd, 31st and 30th degrees – the **MASONIC RELIGION** should be, by all of us initiates of the *high* degrees, maintained in the purity of the **LUCIFERIAN** doctrine. If Lucifer were not god, would Adonay (Jesus)... calumniate (spread false and harmful statements about) him?... **YES, LUCIFER IS GOD...**"*

*A.C. De La Rive, *La Femme et l'Enfant dans la Franc-Maçonnèrie Universelle* (page 588).



General Albert Pike, 33˚





Q End Child Trafficking
PEOPLES COUNCIL FOR THE PROTECTION OF CHILDREN

# MASONIC CHILD ABUSE BY DESIGN

## A BLUEPRINT ON HOW IT WORKS – PART 1

**The main way that high level initiates of Freemasonry can have a long running supply of children for sexual abuse is by infiltrating Child Care Centres, Government-run Children's Homes and Boys Clubs.**

There have been numerous publicly documented cases of these "Government Pedophile Rings by Design" especially during the last three to four decades, Worldwide. Yet every single one is systematically covered up by the same corrupt 'old boys network' that designed and orchestrated the rings from its very conception.

There has Now come the time however that more than ever before many more off these secret-society pedophile rings are being exposed into the public eye.

It is Not the case that there are now more sexual predators in the government therefore more cases of abuse. It is more the fact that the lies and deceit that has covered up these clandestine crimes for decades against our children is breaking down. The Truth can Only be Veiled – and Never Destroyed!

**The Days of Truth are upon us and the Truth is now starting to become Fully Transparent for All to See.**

## THE MAIN FUNDAMENTAL STRATEGY OF HOW THE SECRET SOCIETIES OF THE WORLD RUN THEIR CHILD ABUSE NETWORKS

**Infiltration**

High level Masons infiltrate Managerial roles in Government Child Care Centres and Boys homes.

**Threats**

Children who are sexually abused are threatened not to tell anyone otherwise they or their parents will be killed.

**Drugging**

Children are drugged in many cases so it may confuse their awareness that their abuse has actually taken place

**Pedophile Guardians**

When children do speak out to caring staff that have no part in the abuse, the staff are threatened either by the abusers or their 'Guardians', (friends in high places) with getting sacked, getting their reputation ruined, institutionalised in Psychiatric units and sometimes of violence, if they speak out.

**Brotherhood Protection**

It is well documented that even when the Masonic abusers are challenged about the alleged abuse they become arrogant and belligerent enough to still continue the abuse for many years after. This is due to the fact they know they can continue do what they have always done with impunity as they are fully protected by their 'Brotherhood', secret-society 'friends in high places'.

**Satanic Rituals**

Children who are abused are in some cases also subjected to Torture and Black-occult Satanic Rituals either in the 'Home' or in a secluded location.

**The 'No Evidence' Lie**

When the police are contacted, high level Masonic Child Police Protection are in most cases put in charge of the investigations, (toward the cover-up). These handpicked cops will ignore the allegations for as long as possible sometimes for more than 10 years, claiming, (Lying)…………. "There is No-Evidence".

**'Missing' Files Syndrome**

Ex. B 017

The Masonic Child Protection Police will conveniently 'loose' files of documents and witnesses statements of evidence as well as any film taken of the abuse. They will themselves, threaten and intimidate victims and witnesses normally with being institutionalised in Psychiatric units if they continue with their accusations.

**Falsified Charges**

The corrupt Masonic Police Child Protection officers will at times falsify criminal charges against the victims even when they are defending themselves by using physical force against their sex attacker.

**Good Cops Side-tracked**

Decent Non-corrupt Police Child Protection officers can also become involved in the case. As soon as they get suspicious and complain, they are told to shut up and are either removed from the case or they leave the force. The most decent cops become whistle-blowers themselves.

**Whistle-blower Stich-ups**

As well as Whistle-blowers being under constant surveillance by the Secret Police,

combined Black-operations with the Federal Police are implemented to stich them up. Hard core cutting edge whistle-blowers can be targeted by planting damming evidence such as Child Pornography and Hard Drugs. Ironically, this is exactly the same crimes that these Psychopath/Pedophile Black-ops Police are involved in.

All toward long term imprisoned for their – 'Crimes against the Masons'.

**Psychiatric Incarcerations for Whistle- blowers**

Another method used to stich-up whistle-blowers is to incarcerate them into mental institutions and poison their minds with chemical lobotomies. This has two main factors for the benefit of the government pedophiles. First, most importantly it shuts the activist up.

Secondly, once a person has been incarcerated in the "Nuthouse" they are automatically labelled by the masses of society at 'Crazy'. Even although the Whistle- blower may be extremely intelligent and articulate with an abundance of factual evidence, a large majority of people who can't 'think' past the latest's soap opera or 'see' past their nose could never be convinced otherwise.

**The' Enquiry' Cover-up**

Eventually, when the abuse cannot be contained any longer – sometimes up to 20 years later – it will explode into the public eye and an Enquiry is 'demanded'. In every one of these cases due to the fact that the Masonic/Illuminati Pedophile networks control the 'system' from top to bottom and start to finish, they will hand pick a high level Mason to instigate the case in the direction where 'they' want it to go.

**Pseudo- Incompetence**

The public court enquiry will always 'find' Gross incompetence's and Negligence of the Police and Child Protection Services during their initial and subsequent enquiry's into the abuse. The is in fact a Lie.

The 'Gross Incompetence's and Negligence' is more accurately 'Non-compliance' and 'Pseudo'-'incompetence.

The 'loss' of witnesses statements and crucial documents and film, is in fact the destruction of documents.

The Police are never 'truly' reprimanded. There is Never any accountability. Most are promoted soon after the case is over – for a good job well done……………… And the Masonic-Elite Pedophile rings continue – as they always have.

**Brutal Murders for Whistle-blowers**

Cutting-edge whistle blowers and Eye-witnesses to the crimes against children are in many cases brutally murdered. Yet again, just like those who are imprisoned into mental institutions and poisoned with chemical lobotomies this has two main factors for the benefit of the government pedophiles.

First, most importantly it shuts the activist up – this time for Good.

Secondly, it sends a very clear and obvious message to others that may wish to speak out…………… Talk and You may end up Dead Too!

There is something very different about these Brutal Masonic Murders though that are different from other brutal murders – they are Never Investigated due to the fact that "there were no suspicious circumstances in this case". How convenient!

**NO Justice – Ever**

facebook

**Ex. B 018**

The victims Never get justice. In some cases there are sometimes hundreds of perpetrators involved over decades – yet only a handful of 'scape goats' will be jailed. When any Mason perpetrators do get jailed they will always be given a very low jail sentence by their 'Masonic Brother' Judge, even when some of the children end up dead.

**IMPORTANT! To see how this Blueprint works –**
**Just do your own research on any off these Government Child Abuse Crimes on this website**

**Remember – There are NO Isolated cases and There are NO Coincidences!**

George Hardy Farquhar



## GOVERNMENT CHILD ABUSE BY DESIGN – A BLUEPRINT

Remember! The Design and Control of children to be systematically infiltrated into the Masonic/Illuminati Pedophile network always starts from the top! – Part 2 – The Methodologies

Once a suitable victim becomes 'available' within the lower echelons of the 'community public services', the Illuminati will start the step by step process to kidnap that child into the rings.

This is NOT a theory. Please Research some of the Facts:

*Below are just some of the main methodologies of how the Masonic Elite infiltrate Children into their Satanic Pedophile Cult Networks around the World*

### Method 1

A child who has already been abused/ traumatized either within or out with the family home are taken into Child Care 'Facilities'. Sexually traumatized children are perfect targets for the Illuminati as they are already 'primed' for further ritual abuse and to 'compartmentalize' their minds.

### Method 2

## Ex. B 019

The (Anti) – Family court in child disputes will systematically in many cases award the child to the least capable parent and at the same time alienate the other parent as an unfit, (mother or father). The main agenda for this? To destroy the family unit and to split parents and children apart. Where do the children go if the court decides both Parents are unfit to care for their children?

Government Child Protection Services. HOW CONVEINIENT!

It works very well – Just ask anyone who has had to endure the Deception, Arrogance, Corruption and Evil Wrath of the Anti- Family court!

Documentations on Method 2

**Katherine's Story: Police Protecting High Level Mason Pedophile Father**

**Method 3**

Military intelligence, (A.S.I.O. in Australia) – (MI5 in the U.K.) infiltrate outreach groups and care center's to groom older children for their pedophile Hierarchy. I have personally encountered some of those Parasites, (A.S.I.O. black-ops agents). I do not believe they are themselves necessarily Pedophiles.

They are who I call the 'Illuminati Pedophile Guardians'. They are normally ex-military who are hand-picked psychopaths and who have no qualms whatsoever on killing innocent people or Kidnapping kids......For a price. Now there is a very good reason why homeless kids can sometimes go 'missing' – never to be seen again.

Documentations on Method 3 coming soon

**Method 4**

Child Kidnapping – off the street. (Via the same Predators as Method 3). Some are never to be seen again (murdered) and others turn up years later who have been infiltrated into the Illuminati as Sex-slaves.

Documentations on Method 4 coming soon

CIA's child trafficking (part 1)

**Method 5**

Some High level masons use their own children for the abuse. This assures the mason higher levels of masonic initiation as well as complete protection from all those involved at the top

Documentations on Method 5

Hollie Greig Case – Sexually abused by more than 20 Scottish Secret society Pedophiles from the age of 6. One whistlblower stitched-up and jailed. One witness murdered. Top cops and Justice involved in the abuse as well as the cover-up.

**Katherine's Story: Police Protecting High Level Mason Pedophile Father**

**Method 6 – The Most Fundamental Strategy (As in Part 1)**

**The Infiltration of High level mason Pedophiles to 'Manage' Child Care Center's, Children's homes and Boys clubs.**
**Abuse rings are then set up for fellow satanic cult Elite Freemasons**

Documentations on Method 6

**McKenna Brothers – Citizen of the year Serial Pedophile and Satanist –** Perth Secret Societies and Police Protected for 15 years. The Inquest (Cover-up) continues

**Victorian – Mornington Child Care Centre**. Children kidnaped from 'care', taken to a house owned by a cop, where they were systematically abused by Police and Judges. Video footage of the abuse that was given to the Police went 'missing' (Destroyed).

**North Wales – The Biggest Masonic Elite Paedophile Bust in UK history** Involving – Top level Police, Judges, Politicians, over a 20 year period. Around 1200 Children involved and 650 perpetrators named. 4 pedophiles jailed. Also the biggest Masonic Pedophile ring cover-up in UK history.

**Franklin Cover-up.** The Expose' of a massive Boys Home pedophile rings in the U.S. Involving Top Whitehouse Politicians and 'Bohemian Grove' perpetrators.

Full Length documentary available

**Detruex Satanic Pedophile rings of Dungeon imprisonment, torture, and the mass murder of young children**. This case is fraught with Police Incompetence, (Compliance). Cover-up after cover up and dozens of key witnesses assassinated

**Ex. B 020**

**McMartian Child Care Centre Pedophile Ring.** U.S. Secret Society Systematic abuse and cover-ups.

**Dumblain Massacre – Thomas Hamilton – Mason pedophile killed 16 children**
Associated with high level cops and a procurer of children for the Masons Pedophile rings In Scotland



**The One Step Necessary to Permanently Eradicate All Ritual Satanic Child Abuse and All Pedophilia –  Worldwide**

**NO FREEMASON – At Any Level of Witchcraft Initiation –**

**SHOULD UNDER ANY CIRCUMSTANCES WHATSOEVER –**
**BE ABLE TO HAVE ANY POSITION OF AUTHORITY OR ADMISTRATION INVOLVING THE CARE OR PROTECTION OF CHILDREN**

**THIS INCLUDES:**

ALL Freemason Politicians – ALL Freemason Police Officers

ALL Freemason Family Court Judiciary – ALL Freemason Family Court Lawyers

ALL Freemason Psychiatrists and Child Psychologists

ALL Freemason Police Child Protection Officers

ALL Freemason Secret Military Intelligence Agents

ALL Freemasons assigned to the running of any Child Care Facility

**Until that Day – NO Child will be Safe**

**PCFPC.ORG**
Dedicated to Exposing the Freemasons Child Abuse Networks and Satanic Pedophile Rings

---

‹ Sex accused can work with kids in West Australia                    Dennis McKenna – Katanning inquiry's bizarre Ku Klux Klan link ›

PCFPC.org

PCFPC.org is presently under Re-construction

Hundreds of Videos, Images and Documents to be uploaded soon

**Ex. B 021**

Last Update – 17th Dec 2020

Connect with me







Ex. B 024





**Ex. B 025**





**Ex. B 027**





# ABOUT JUDGE LEWIS J. LUBELL



**Ex. B 029**

Case 1:22-cv-01250-UA Document 1 Filed 02/13/22 Page 40 of 46

In January of 2006, Hon. Lewis J. Lubell was sworn in as justice of the Supreme Court of the State of New York, Westchester County, 9th Judicial District. Justice Lubell was initially assigned to Orange County, where he presided over civil matters. He has since served in Westchester, Putnam, Dutchess, and Rockland Counties. Judge Lubell is currently assigned to Westchester County as supervising judge over matrimonial matters. Additionally, he is tasked with the role of backup trial judge to the 9th Judicial District, officiating high profile civil trials in all counties encompassed by the district.

Judge Lubell's judicial experience dates back to April of 2003, when he was appointed by the mayor of the Village of Ardsley as acting village justice, Village Justice Court of Ardsley. Prior to ascending to the bench, Judge Lubell practiced law in a variety of disciplines including medical malpractice, aviation disasters, personal injury, and product liability. He also has a business background, having worked extensively in sales and corporate management before beginning law school.

Justice Lubell is admitted to the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, the United States Court for Federal Claims, the Court of Appeals for the Federal Circuit and the United States Supreme Court. Judge Lubell is a member of the New York State Trial Lawyers Association, a director of the Association of Justices of the Supreme Court of the State of New York, and a Life Member of the NAACP. He is also a member of the Knights of Pythias and was previously a trustee at Temple Beth Abraham in Tarrytown, New York.

Judge Lubell received his B.A. from Fordham University in 1977 and his J.D. from Touro College Jacob D. Fuchsberg Law Center in 1994.

 

Copyright 2021 Committee to Re-Elect Justice Lubell. All Rights Reserved.

Ex. B 030



"Those who want to destroy the family will continue to urge mothers to leave the home and 'become fulfilled in the workplace.'  When the mother goes into the workplace to become 'fulfilled,' or to increase the family's income, she leaves the care of the children to others.  Those who warn against such practices will continue to be scorned by the feminists and others who have a hidden agenda: they want to destroy the family."

SOURCE: *The New World Order*, pg. 245-246, by Ralph A. Epperson; 1990; ISBN: 0-9614135-1-4; publisher: PUBLIUS PRESS, Tucson, Arizona.



6/8/2021     GEORGIA GUIDESTONES: "Maintain Humanity Under 500000000 in perpetual balance with nature" — Absolute Truth from the Word of …

Case 1:22-cv-01250-UA Document 1 Filed 02/13/22 Page 44 of 46

ON **FEBRUARY 13, 2021**     /     BY **GERI UNGUREAN**

/     IN **UNCATEGORIZED**

FOLLOW



That is the very first command etched into the Georgia Guidestones. This place of prominence clearly shows that this is considered to be the most important goal.

FOLLOW

### RECENT POSTS

**Major Food Service Company CYBER-HACKED; Shut Down: Could Have Devastating Affect on Hospital Food Supply and Grocery Stores**

**FAUCI FUNDED GOFR (Gain of Function Research) at Wuhan Institute of Virology WHEN Moratorium on this Risky Practice Was Called in U.S. in 2014**

**Scientist Who Emailed Fauci About COVID-19 Being 'Potentially Engineered' Deactivates Account**

Ex. B 034

Case 1:22-cv-01250-UA Document 1 Filed 02/13/22 Page 45 of 46

According to the NWO, the population on earth should be maintained at under 500 million people to be in "*perpetual balance with nature.*"  Can they use anymore 'New Age' terminology than that?

I checked the number of people as of 2018 who inhabit the earth. 7.6 BILLION people live on the earth at this time.

**\*\*\*I wrote this article in 2018. I checked the population of people on earth in 2021 and it's approximately 7.8 billion.**

# My comments from today will be Bolded with \*\*\* before them.

**DINESH D'SOUZA Reveals a 'Conspiracy of Silence' to Keep This Information From the Public by the CHINESE, the US GOVERNMENT, Self-interested Scientists, and the MEDIA: AND Anthony Fauci (The Godfather of GAIN OF FUNCTION RESEARCH) is a LIAR (VIDEO)**

**It is NOT a Conspiracy THEORY if They (Government) are Truly Trying to KILL YOU: PCR Swabs are Coated With Ethylene Oxide – A Known Deadly Carcinogen Which Can Change our DNA**

**NYC Shrink Tells Yale Audience She Fantasizes About Shooting White People in Head: I HAVE NEWS FOR THIS WOMAN – the Problem is NOT RACISM – It is 'SIN' and Every Person in the World Has It!**

Ex. B 035



Ex. B 036